UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

MARIA DESOUSA, On Behalf of Herself and All Others Similarly Situated,

                Plaintiff,

vs.

LEHMAN BROTHERS HOLDINGS INC., RICHARD S. FULD, JR., ERIN M. CALLAN, WENDY M. UVINO, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA J. EVANS, SIR CHRISTOPHER GENT, JERRY A. GRUNDHOFER, ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, THE EMPLOYEE BENEFIT PLAN COMMITTEE, THE COMPENSATION AND BENEFITS COMMITTEE, JOHN DOES 1-20,

                Defendants.

———————————————————————x

Case No. 08 Civ. 6626

CLASS ACTION

## RELATED CASE AFFIDAVIT

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

LORI G. FELDMAN, being duly sworn, deposes and says:

1.      I am a partner at the law firm of Milberg LLP, attorneys for plaintiff in the above-captioned action, which alleges claims under the Employee Retirement Income Security Act of 1974 ("ERISA") §§ 409, 502(a)(2), and(3), 29 U.S.C. §§ 1109 and 1132(a)(2), (3).

2. Upon information and belief, this action is related to the previously-filed action captioned, <u>Rinehart v. Lehman Brothers Holdings Inc., et al.</u>, No. 1:08-cv-05598 (LAK), which also asserts similar ERISA claims.

3. Accordingly, it is respectfully submitted that this action should be assigned as a related case to the Honorable Lewis A. Kaplan.

DATED: July 25, 2008

*/s/ Lori G. Feldman*
Lori G. Feldman

**MILBERG LLP**
Lori G. Feldman (LF-3478)
One Pennsylvania Plaza
New York, NY  10119
Tel: (212) 594-5300
Fax: (212) 868-1229
lfeldman@milberg.com

Sworn to before me this 25th day of July 2008

*/s/ David J. Sclafani*
Notary Public

DAVID J. SCLAFANI
NOTARY PUBLIC, State of New York
No. 01SC6057709
Qualified In Kings County
Commission Expires April 23, 2011