UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MARIA DESOUSA, On Behalf of Herself And :
All Others Similarly Situated, :
: Civil Action No. 08-cv-6626 (LAK)
                Plaintiff, :
:
      vs. :
:
LEHMAN BROTHERS HOLDINGS INC., :
RICHARD S. FULD, JR., ERIN M. CALLAN, :
WENDY M. UVINO, MICHAEL L. :
AINSLIE, JOHN F. AKERS, ROGER S. :
BERLIND, THOMAS H. CRUIKSHANK, :
MARSHA J. EVANS, SIR CHRISTOPHER GENT, :
JERRY A. GRUNDHOFER, ROLAND A. :
HERNANDEZ, HENRY KAUFMAN, JOHN D. :
MACOMBER, THE EMPLOYEE BENEFIT :
PLANS COMMITTEE, THE COMPENSATION :
AND BENEFITS COMMITTEE and JOHN DOES :
1-10, :
:
                Defendants. :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that Jonathan K. Youngwood, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants Lehman Brothers Holdings Inc., Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Jerry A. Grundhofer, Roland A. Hernandez, Henry Kaufman, John D. Macomber, Erin M. Callan, Wendy M. Uvino, the Employee Benefit Plans Committee and the Compensation and Benefits Committee in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating

to this litigation on behalf of the aforementioned defendants.

Dated:  August 4, 2008                               Respectfully submitted,

/s/ Jonathan K. Youngwood
Jonathan K. Youngwood
jyoungwood@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants*